Carl J. Hildebrand, 5-1735
Attorney at Law
445 South Park
Casper, WY 82601
(307) 234-2889

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF WYOMING

In Re: Kristopher Ryan Beevers ) 09-20826
Debtor, )

**LIST OF ASSETS**

Family Residence

Autos

Wearing Apparel and Wedding Rings

Books and Family Photos

Bank Account at Hilltop National Bank

Household Goods including Furniture, Assessories, Appliances, Microwave, Dishes/Pots/Pans, Pantry Items, Linens, Christmas Decorations, Household Tools, TV, VCR, Stereo, Computer, camera

DATED AND SIGNED August 21, 2009.

/s/ Carl J. Hildebrand,
Attorney for the Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically August 21, 2009, to the Standing Chapter 7 Trustee and the U.S. Trustee.

/s/ Carl J. Hildebrand